UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN BANK AND TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT W. FLEURY and<br>KAREN L. FLEURY,<br><br>Defendants. | CIVIL ACTION NO. |

**VERIFIED COMPLAINT**

Plaintiff, Southern Bank and Trust Company brings this action against Albert W. Fleury and Karen L. Fleury for the balance of obligations they owe under a promissory note currently totaling $151,334.13.

PARTIES

1. Plaintiff, Southern Bank and Trust Company ("**Southern Bank**") is a North Carolina corporation with a principal office of 121 E. Main Street, Mount Olive, NC 28365.

2. Defendants, Albert W. Fleury and Karen L. Fleury ("**Mr. and Mrs. Fleury**"), are adult individuals and upon information and belief they currently reside at 24 Darylane, North Falmouth, Barnstable County, Massachusetts.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. The amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00 and is between citizens of different States.

4. Venue in the District of Massachusetts is proper under 28 U.S.C. § 1391(b) because Defendants reside in this District.

## FACTS

5. As of April 26, 2006, Mr. and Mrs. Fleury executed a Home Equity Line of Credit Agreement and Disclosure Statement (the "**Credit Agreement**") in favor of GMAC Mortgage Corporation. A true and accurate copy of the Credit Agreement is attached hereto as Exhibit A. Southern Bank is the current holder of the Credit Agreement by assignment pursuant to Allonge to the Credit Agreement dated October 7, 2011 and attached hereto as Exhibit B.

6. The line of credit authorized a maximum loan amount of $127,000.00 under the Credit Agreement. The Credit Agreement required Mr. and Mrs. Fleury to make monthly payments to the holder consisting of principal, amounts past due, any fees and charges due, and any accrued finance charges.

7. The Credit Agreement was originally secured by a Mortgage, dated as of April 26, 2006, on the property at 24 Darylane, North Falmouth, Massachusetts (the "**Property**"). The Credit Agreement is no longer secured by the Property because a senior lien holder foreclosed on the Property on or about November 13, 2015.

8. Mr. and Mrs. Fleury defaulted on their repayment obligations under the Credit Agreement on or about June 20, 2012.

9. As of November 27, 2015, the balance due under the Credit Agreement is not less than $151,334.13, consisting of principal of $126,396.00, interest in the amount of $21,153.13, and attorneys' fees and costs and expenses of collection of at least $3,785.00, which also continues to accrue.

## COUNT I – RECOVERY UNDER CREDIT AGREEMENT

10. Southern Bank repeats and incorporates by reference the allegations of paragraphs 1 through 9 of the Verified Complaint as if set forth in full herein.

11. Mr. and Mrs. Fleury defaulted under Credit Agreement.

12. Pursuant to the Credit Agreement, Mr. and Mrs. Fleury are liable to Southern Bank for all obligations evidenced by the Credit Agreement.

13. As of November 27, 2015, the balance due under the Credit Agreement is not less than

$151,334.13, with interest continuing to accrue on the unpaid balance at a rate of 4.75% per annum ($16.45 per day), and attorneys' which also continue to accrue.

WHEREFORE, Southern Bank respectfully prays that the Court grant Judgment for Southern Bank against Mr. and Mrs. Fleury, for the balance due under the Credit Agreement, including principal, interest, and attorneys' fees and other costs of collection.

**SOUTHERN BANK AND TRUST COMPANY**

By its attorneys,

/s/ Melissa Potvin McCarthy
Robert D. Keough, Esq. (BBO # 564535)
Melissa Potvin McCarthy (BBO #661565)
CUMSKY & LEVIN LLP
6 University Road
Cambridge, MA 02138
Tel:   (617) 492-9700
Fax:   (617) 797-3609
rkeough@cumskylevin.com
mmccarthy@cumskylevin.com

## VERIFICATION

I, Michele Barham hereby depose and state as follows:

1.    I am employed at Southern Bank and Trust Company where I hold the position of Vice President – Residential Portfolio and Collections Manager.

2.    I hereby certify that the facts set forth above are true, except as to allegations set forth upon information and belief, which allegations I believe to be true.

Signed under the pains and penalties of perjury this 16th day of December, 2015.

/s/ Michele Barham
Michele Barham

## COMMONWEALTH OF VIRGINIA

Norfolk City, ss

On this 16th day of December, 2015, before me, the undersigned notary public, personally appeared Michele Barham, Vice President – Residential Portfolio and Collections Manager of Southern Bank and Trust Company, proved to me through satisfactory evidence of identification, which was ☐ driver's license or × personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

/s/ Jeremy Allan MacMicking
Notary Public
My commission expires